IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRY T. RODGERS, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 11-00069-CB-B |
| DONALD LOLLEY, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 9th of June, **2011**.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**